# Court of Appeals
# of the State of Georgia

ATLANTA, December 20, 2024

*The Court of Appeals hereby passes the following order:*

## A25A0566. LAMAR v. THE STATE.

Amonzo Lamar filed a notice of appeal in this action, and the appeal was docketed on October 21, 2024. His appellate brief, therefore, was due on November 10, 2024. On November 15, 2024, after his time for filing had passed, Lamar moved for an extension of time to file his brief. This Court granted him an extension to December 18, 2024. On December 18, 2024, rather than file his brief, Lamar filed a request for a continuance, seeking yet another extension of time. We denied that second extension. Because Lamar has not filed a timely brief in this case, we hereby DISMISS his appeal. See Court of Appeals Rule 23 (a).



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta, 12/20/2024*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*